# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-00540-MEH

ZAKERY ANTHENY KLOPCIC

    Plaintiff,

v.

O.R. TOO, LLC, and ORNAMENTAL BEADS LLC,

    Defendants

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE BE ADVISED that the parties in this case, ZAKERY ANTHENY KLOPCIC, Plaintiff, and O.R. TOO, LLC, and ORNAMENTAL BEADS LLC, Defendant, have reached a resolution of Plaintiff's claims and pursuant to FRCP 41(a)(1)(A)(ii), request dismissal of all claims against Defendant in their entirety and with prejudice.

## STIPULATION

It is stipulated by and between the parties hereto that this action be dismissed with prejudice as to all parties and as to all causes of action with each party to bear their own attorney's fees and costs.

DATED:    April 2, 2023    FOR ZAKERY ANTHENY KLOPCIC, Plaintiff

    BY:    */S/ R. Bruce Tharpe*
    R. Bruce Tharpe
    PO Box 101

Olmito, Texas 78575
(956) 255-5111 - Office
(956) 599-2596 - Fax
Texas State Bar ID No. 19823800
Colorado State Bar ID No. 54500
Federal Bar ID 13098

DATED: April 2, 2023

FOR O.R. TOO, LLC, and ORNAMENTAL BEADS LLC, Defendants

BY: */s/ Courtenay Patterson*
Ms. Courtenay Patterson
LAW OFFICES OF COURTENAY PATTERSON
1716 N. Main Street, Suite A #331
Longmont, CO 80501
(720) 222-9551