IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-00540-MEH

ZAKERY ANTHENY KLOPCIC,

    Plaintiff,

v.

O.R. TOO, LLC, and ORNAMENTAL BEADS LLC,

    Defendants.

# ORDER

**Michael E. Hegarty, United States Magistrate Judge**.

    Before the Court is the parties' Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). ECF 9. The case was dismissed with prejudice as of the entry of the Stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii) (providing that the "plaintiff may dismiss an action *without a court order* by filing: . . . . a stipulation of dismissal") (emphasis added). Each party shall bear their own attorney's fees and costs. No order of dismissal is necessary. The Clerk of Court shall close this case.

    Dated and entered at Denver, Colorado, this 3rd day of April, 2023.

                              BY THE COURT:

                              *Michael E. Hegarty*

                              Michael E. Hegarty
                              United States Magistrate Judge